IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PHARLANDO PICKETT,          )
                            )
        Plaintiff,          )
                            )       CIVIL ACTION NO.
        v.                  )        2:15cv330-MHT
                            )            (WO)
RON COOPER, I&I             )
Investigator, et al.,       )
                            )
        Defendants.         )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was wrongfully disciplined in violation of his constitutional rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of May, 2016.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE